Melissa S. Hayward
　Texas Bar No. 24044908
　MHayward@FranklinHayward.com
Julian P. Vasek
　Texas Bar No. 24070790
　JVasek@FranklinHayward.com
**FRANKLIN HAYWARD LLP**
10501 North Central Expy., Suite 106
Dallas, Texas 75231
(972) 755-7100 (*tel.*)
(972) 755-7110 (*facsimile*)

*COUNSEL FOR THE DEBTORS*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** § § | | |
| **BAILEY TOOL & MANUFACTURING COMPANY, et al.** § § § § | | Case No. 16-30503-bjh11 Chapter 11 (Jointly Administered) |
| 　Debtors. § | | |
| § **BAILEY TOOL & MANUFACTURING COMPANY, HUNT HINGES, INC., and CAFARELLI METALS, INC.,** § § § § § | | |
| 　Plaintiffs, § § | | |
| v. § § | | Adv. No. 16-03025-bjh |
| **REPUBLIC BUSINESS CREDIT, LLC,** § § § | | |
| 　Defendant. § | | |

### DEBTORS' MOTION FOR PARTIAL SUMMARY JUDGMENT

NOW COME Bailey Tool & Manufacturing Company ("Bailey"), Hunt Hinges, Inc. ("Hunt"), and Cafarelli Metals, Inc. ("Cafarelli," and, collectively with Bailey and Hunt, the "Debtors"), the debtors and debtors-in-possession in the above-styled and numbered bankruptcy

**DEBTOR'S MOTION FOR PARTIAL SUMMARY JUDGMENT**　　　　　　　　　　　　　　　　1

case, file this *Debtors' Motion for Partial Summary Judgment* (the "Motion"), respectfully stating as follows:

The matters required by LBR 7056-1(c)(1) are set forth in the *Debtor's Brief in Support of Motion for Partial Summary Judgment* (the "Brief"), which is being filed contemporaneously herewith. For the reasons stated in the Brief, the Debtors respectfully request that the Court enter an order: (i) granting this Motion; (ii) entering summary judgment in the Debtors' favor on the following causes of action:

a) Count 1: Violation of the Automatic Stay / Contempt of Court.

   i. Republic refusing to turn over the funds constitutes an ongoing, willful violation of the automatic stay; and

   ii. Mr. Brown's February 10 email constituted a willful violation of the automatic stay;

b) Count 2: Turnover of Property of the Estate.

   i. The Debtor must turn over the funds or some portion thereof immediately.

c) Count 3: Declaratory Relief.

   i. Under the Factoring Agreement, the Debtors did not sell and Republic did not purchase all the Debtors' accounts into perpetuity;

   ii. Under the Factoring Agreement, the Debtors only sold and Republic only purchased those accounts that the Debtor submitted to Republic on assignment schedules;

   iii. The Debtors did not submit the Unassigned Invoices to Republic on assignment schedules;

   iv. Republic did not purchase the Unassigned Invoices nor the proceeds thereof;

   v. Republic collected the Unassigned Invoices and is currently holding the proceeds thereof;

   vi. The proceeds of the Unassigned Invoices are property of the Debtors' estates;

      vii.      A general release is not a prerequisite to termination of the Factoring Agreement under ¶¶ 8.2 and or 8.3 of the Factoring Agreement;

      viii.      The general release requirement in ¶ 8.1 of the Factoring Agreement is null under La. Civ. Code Ann. art. 2004;

      ix.      The Factoring Agreement is null under La. Civ. Code Ann. art. 2004 and La. Civ. Code Ann. art. 2034;

      x.      The funds held by Republic or some portion thereof are property of the Debtors' bankruptcy estates; and

    d)    Count 4:  Conversion;

    e)    Count 5:  Test Theft Liability Act;

    f)    Count 7:  Fraudulent Transfer under 11 U.S.C. §§ 544, 548, and 550 and Tex. Bus. & Comm. Code §§ 24.001 *et seq*.; and

(iii) granting the Debtors such other and further relief to which they may show themselves to be justly entitled.

Dated:  December 9, 2016.

                              Respectfully submitted,

                              **FRANKLIN HAYWARD LLP**

                              By:/s/  *Melissa S. Hayward*
                              Melissa S. Hayward
                                Texas Bar No. 24044908
                              Julian Vasek
                                Texas Bar No. 24070790
                                JVasek@FranklinHayward.com
                              10501 N. Central Expy., Suite 106
                              Dallas, Texas 75231
                              972.755.7100 (phone)
                              972.755.7110 (facsimile)

                              **ATTORNEYS FOR THE DEBTORS**

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on December 9, 2016 a true and correct copy of the foregoing Motion was served upon all parties who receive CM/ECF service, including counsel for Republic, Vickie Driver.

                                        */s/ Melissa Hayward*
                                        Melissa Hayward