Vickie L. Driver
State Bar No. 24026886
Emily S. Chou
State Bar No. 24006997
**Lewis Brisbois Bisgaard & Smith, LLP**
2100 Ross Avenue, Suite 2000
Dallas, Texas 75201
Telephone: 214.722.7123
Facsimile: 214.722.7111
Email: vickie.driver@lewisbrisbois.com
Email: emily.chou@lewisbrisbois.com

**COUNSEL FOR REPUBLIC BUSINESS CREDIT, LLC**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **In re:** § | |
| § | |
| **BAILEY TOOL &** § | **Case No. 16-30503-bjh11** |
| **MANUFACTURING COMPANY, et al.** § | **Chapter 11** |
| § | **(Jointly Administered)** |
| Debtors. § | |
| §_____ | |
| § | |
| **BAILEY TOOL &** § | |
| **MANUFACTURING COMPANY,** § | |
| **HUNT HINGES, INC. and** § | |
| **CAFARELLI METALS, INC.,** § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | **Adv. No. 16-03025-bjh** |
| § | |
| **REPUBLIC BUSINESS CREDIT, LLC,** § | |
| § | |
| Defendant and Counter-Plaintiff, § | |
| § | |
| v. § | |
| § | |
| **BAILEY TOOL &** § | |
| **MANUFACTURING COMPANY,** § | |
| **HUNT HINGES, INC. and** § | |
| **CAFARELLI METALS, INC.,** § | |
| § | |
| Counter-Defendant. § | |
| § | |

4844-0806-9952.1

**RBC'S RESPONSE IN OPPOSITION TO DEBTORS' MOTION FOR PARTIAL SUMMARY JUDGMENT** – **Page** 1

|  | § |  |
|---|---|---|
| **REPUBLIC BUSINESS CREDIT, LLC,** | § | |
| | § | |
| **Third-Party Plaintiff,** | § | |
| | § | |
| v. | § | |
| | § | |
| **JOHN BUTTLES, TENNECO, INC.,** | § | |
| **TRELLEBORG AUTOMOTIVE** | § | |
| **USA, INC.** | § | |
| | § | |
| **Third-Party Defendants.** | § | |

### REPUBLIC BUSINESS CREDIT, LLC'S RESPONSE IN OPPOSITION TO DEBTORS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Republic Business Credit, LLC ("RBC") hereby files this response (the "Response") in opposition to the *Debtor's Motion for Partial Summary Judgment* and the *Debtor's Brief in Support of Motion for Partial Summary Judgment* (collectively, the "MSJ"), and respectfully state as follows:

The matters required by LBR 7056-1(d) are set forth in the *Republic Business Credit, LLC's Brief in Support of Its Response in Opposition to Debtors' Motion for Partial Summary Judgment* (the "Brief") filed concurrently with this Response.

For the reasons addressed in detail in the Brief, RBC respectfully requests that the Court deny the MSJ because:

1. The Factoring Agreement is not null because Article 2004 of the Louisiana Civil Code does not apply to the Factoring Agreement;

2. The Debtors sold all of their Accounts to RBC pursuant to the Factoring Agreement and therefore the funds collected by RBC rightfully constitute property of RBC;

3. The Factoring Agreement has never been terminated;

4. RBC committed neither conversion nor theft of the Debtors property because RBC is the rightful owner of the Debtors' Accounts having purchased all of the Debtors' Accounts pursuant to the Factoring Agreement;

5. The Factoring Agreement does not constitute fraudulent transfer because the Debtors received reasonably equivalent value under the Factoring Agreement and was solvent at the time the Factoring Agreement was executed. Genuine disputes of material facts remain with respect to (i) whether Debtors received reasonably equivalent value under the Factoring Agreement, (ii) whether Debtors were insolvent at the time the Factoring Agreement was executed; and (iii) whether Debtors had unreasonably small capital at the time the Factoring Agreement was executed.

RBC requests that the Court enter an order denying the MSJ and grant RBC such other and further relief the Court may deem just and proper.

Dated: January 13, 2017

Respectfully submitted,

*/s/ Vickie L. Driver*
Vickie L. Driver
State Bar No. 24026886
Emily S. Chou
State Bar No. 24006997
Lewis Brisbois Bisgaard & Smith, LLP
2100 Ross Avenue, Suite 2000
Dallas, Texas 75201
Phone: (214) 722-7100
Fax: (214) 722-7111
Email: vickie.driver@lewisbrisbois.com
Email: emily.chou@lewisbrisbois.com

**COUNSEL FOR REPUBLIC BUSINESS CREDIT, LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing pleading was served upon the counsel for Debtors via court's electronic filing transmission on the 13th day of January, 2017.

                                              */s/ Vickie L. Driver*
                                              Vickie L. Driver