**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **BAILEY TOOL &** | § | **Case No. 16-30503-bjh7** |
| **MANUFACTURING COMPANY, et al.** | § | **Chapter 7** |
| | § | |
| **Debtors.** | § | |
| _____ | § | _____ |
| | § | |
| **BAILEY TOOL &** | § | |
| **MANUFACTURING COMPANY,** | § | |
| **HUNT HINGES, INC. and** | § | |
| **CAFARELLI METALS, INC.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Adv. No. 16-03025-bjh** |
| | § | |
| **REPUBLIC BUSINESS CREDIT, LLC,** | § | |
| | § | |
| **Defendant and Counter-Plaintiff,** | § | |

**ORDER GRANTING REPUBLIC BUSINESS CREDIT, LLC'S**
**MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFFS**

Came on to be heard Republic Business Credit, LLC's Motion for Summary Judgment Against Plaintiffs (the "Motion"). The Court, having considered the Motion, objections thereto, and argument of counsel, finds that the Motion should be GRANTED. It is therefore,

ORDERED, ADJUDGED AND DECREED that Republic Business Credit, LLC's Motion for Summary Judgment Against the Plaintiffs Debtors is GRANTED and that all of Plaintiffs' claims against Republic Business Credit, LLC are dismissed in their entirety with prejudice.

###END OF ORDER###

*/s/ Richard A. Illmer*
Richard A. Illmer
State Bar No. 10388350
Rick.Illmer@huschblackwell.com
Alex E. Brakefield
State Bar No. 24105523
Alex.Brakefield@huschblackwell.com
**HUSCH BLACKWELL LLP**
1900 N. Pearl Street, Suite 1800
Dallas, Texas 75201
(214) 999-6100
(214) 999-6170 (facsimile)

*COUNSEL FOR REPUBLIC BUSINESS CREDIT, LLC*