Richard A. Illmer
State Bar No. 10388350
**HUSCH BLACKWELL LLP**
1900 N. Pearl Street, Suite 1800
Dallas, Texas 75201
Telephone: 214.999.6100
Facsimile: 214.999.6170

Vickie L. Driver
State Bar No. 24026886
**CROWE & DUNLEVY, P.C.**
1919 McKinney Avenue, Suite 100
Dallas, Texas  75201
Telephone: 214.420.2163
Facsimile: 214.736.1762
*Counsel for Republic Business Credit, LLC*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § § | |
| **BAILEY TOOL & MANUFACTURING COMPANY.** | § § § | **Case No. 16-30503-SGJ-7** **Chapter 7** |
| Debtor. | § § § | |
| **BAILEY TOOL & MANUFACTURING COMPANY, HUNT HINGES, INC. and CAFARELLI METALS, INC.,** | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | **Adv. No. 16-03025-SGJ** |
| **REPUBLIC BUSINESS CREDIT, LLC,** | § § § | |
| Defendant and Counter-Plaintiff, | § § | |
| v. | § § | |
| **BAILEY TOOL & MANUFACTURING COMPANY, HUNT HINGES, INC. and CAFARELLI METALS, INC.,** | § § § § § § | |
| Counter-Defendant. | § | |

|  | § |
|---|---|
|  | § |
| **REPUBLIC BUSINESS CREDIT, LLC,** | § |
|  | § |
| Third-Party Plaintiff, | § |
|  | § |
| v. | § |
|  | § |
| **JOHN BUTTLES, TENNECO, INC., TRELLEBORG AUTOMOTIVE USA, INC.** | § |
|  | § |
|  | § |
| **Third-Party Defendants.** | § |

### REPUBLIC BUSINESS CREDIT, LLC'S AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO APPLICATIONS FOR ATTORNEY'S FEES TO BE AWARDED IN FINAL JUDGMENT

COMES NOW Defendant Republic Business Credit, LLC; and files this its Agreed Motion for Extension of Time to File Response to Applications for Attorney's Fees to be Awarded in Final Judgment, and in support of same respectfully shows the Court as follows:

1. On December 23, 2021, the Court entered its Findings of Fact and Conclusions of Law in the case. [Dkt. 369] The order directed the Trustee and Buttles to file their applications for attorney's fees by January 13, 2022 and for RBC to respond within ten days. *Id.*

2. On January 11, 2022, James W. Cunningham, as Trustee for the Bankruptcy Estates of the Debtors, Bailey Tool & Manufacturing Company ("Bailey"), Hunt Hinges, Inc. ("Hunt Hinges"), and Cafarelli Metals, Inc. ("Cafarelli", and, together with Bailey and Hunt Hinges, "Debtors") filed his Motion to Approve Compromise of Controversy regarding the proposed settlement between Trustee on behalf of the Debtors and Republic Business Credit, LLC ("RBC") [Dkt. 594] in the main bankruptcy matter pursuant to 11 U.S.C. § 502, Rule of Bankruptcy Procedure 9019, and Local Rule 9019-1. ("Motion to Approve").

3. On January 13, 2022, Trustee filed his Application for Fees to be Awarded in Final Judgment on January 13, 2022. ("Trustee's Fee Motion"). [Dkt. 371] in this instant adversary proceeding.

4. The Motion to Approve is currently set for hearing before the Honorable Stacey G.C. Jernigan on February 10, 2002.

5. Counsel for Trustee and Republic have agreed that any response or objection to the Trustee's Fee Motion shall be extended until February 18, 2022. If the Motion to Approve is granted, the Trustee's Fee Motion will be moot.

6. In addition, on January 13, 2022, counsel for Buttles filed their Application of Martin│Walton for Allowance of Compensation and Reimbursement of Expenses Under TBCC § 27.01 [Dkt. 373] and Application of Rochelle McCullough, LLP for Allowance of Compensation and Reimbursement of Expenses Under TBCC § 27.01 [Dkt. 372] ("Buttles' Fee Motions"). RBC's response and objection to the Buttles' Fee Motions is currently due on Monday, January 24, 2022. RBC and Buttles are in settlement negotiations. RBC and Buttles agree, and respectfully ask the court to order, that RBC's deadline to respond to the Buttles Fee Motions be extended to February 18, 2022.

THEREFORE, Republic Business Credit, LLC respectfully requests that the Court grant this Agreed Motion for Extension of Time to File Response to Trustee's Fee Motion and Buttles' Fee Motions abating RBC's response or objection to the Trustee's Fee Motion and Buttles' Fee Motions until February 18, 2022.

Dated: January 21, 2022        Respectfully submitted,

By: /s/ Richard A. Illmer
    Richard A. Illmer
    Texas Bar No. 10388350
    Rick.Illmer@huchblackwell.com

**HUSCH BLACKWELL LLP**
1900 N. Pearl Street, Suite 1800
Dallas, Texas 75201
(214) 999-6100
(214) 999-6170 (facsimile)

Vickie L. Driver
State Bar No. 24026886
Vickie.Driver@crowedunlevy.com

**CROWE & DUNLEVY, P.C.**
2525 McKinnon Street, Suite 425
Dallas, TX 75201
(214) 420-2142
(214) 736-1747 (facsimile)
***Attorneys for Republic Business Credit, LLC***

## CERTIFICATE OF CONFERENCE

    I confirm on January 18, 2022, I conferred with Sean McCaffity, counsel for Trustee regarding the merits it this Motion. Mr. McCaffity is in agreement with the relief sought herein. I conferred with Michael Rochelle and Ken Johnson, counsel for John Buttles, on January 21, 2022 and both are in agreement with the relief sought herein.

                    /s/ Richard A. Illmer
                    Richard A. Illmer

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served upon the parties receiving notice via email on counsel for the Chapter 7 Trustee and Buttles on January 21, 2022 as follows:

Jerry Kenneth Johnson, II
MARTIN WALTON LLP
1335 Space Park Drive, Suite C
Houston, Texas  77058
*Attorney for John Buttles*

Michael R. Rochelle
ROCHELLE MCCULLOUGH LLP
325 N. St. Paul Street, Suite 4500
Dallas, Texas  75201
*Attorney for John Buttles*

Jerry C. Alexander
Chris Robison
PASSMAN & JONES, PC
1201 Elm Street, Suite 2500
Dallas, Texas 75270
*Attorney for Trustee James W. Cunningham*

Daniel J. Sherman
SHERMAN & YAQUINTO
509 N. Montclair Avenue.
Dallas, Texas 75208-5498
*Attorney for Trustee James W. Cunningham*

Andrew Sommerman
Sean McCaffity
SOMMERMAN & QUESADA, L.L.P.
3811 Turtle Creek Boulevard, Suite 1400,
Dallas, Texas 75219
*Attorneys for Trustee James W. Cunningham*

 

                                  */s/ Richard A. Illmer*
                                  Richard A. Illmer